Dismissed; Opinion issued November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00665-CV

### CRAIG C. CALLEWART, M.D., Appellant

### V.

### JUDITH ENGLISH GLENN SAMSON, PH.D., AND JUDITH SAMSON PH.D., P.C., Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-10980-B

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy

The Court has before it appellant's November 1, 2012 motion to dismiss appeal. *See* TEX. R. APP. P. 42.1(a). We **GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

120665F.P.05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CRAIG C. CALLEWART, M.D., Appellant

No. 05-12-00665-CV      V.

JUDITH ENGLISH GLENN SAMSON, PH.D., AND JUDITH SAMSON PH.D., P.C., Appellees

Appeal from the 44th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-11-10980-B).

Opinion delivered per curiam before Justices Bridges, O'Neill, and Murphy.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellees are **ORDERED** to recover their costs of this appeal from appellant, unless the parties' agreement provides otherwise.

Judgment entered November 14, 2012.

_____
MARY MURPHY
JUSTICE